◼ GARY SMOKE, Appellant, v WINDERMERE OWNERS, LLC, et al., Respondents. [971 NYS2d 698]—Order, Supreme Court, New York County (Milton A. Tingling, J.), entered July 20, 2012, which denied plaintiff's motion for a default judgment, unanimously affirmed, without costs.

By submitting the affirmation of their attorney, stating that defendants' verified answer was served two days late due to a calendaring error by their counsel, defendants have shown excusable default for the untimely service of that pleading (*see* CPLR 2005, 3012 [d]; *Barsel v Green*, 264 AD2d 649 [1st Dept 1999]; *Tutuianu v State of N.Y. Dept. of Social Servs.*, 242 AD2d 476 [1st Dept 1997]). In response, plaintiff has not shown, or even alleged, that he suffered any prejudice as a result of the two-day delay in receiving defendants' answer (*see Tak Kuen Nagi v Sze Jing Chan*, 159 AD2d 278 [1st Dept 1990]).

Although defendants were not required to show a meritorious defense, we note that they have made such a showing (*see Guzetti v City of New York*, 32 AD3d 234, 234 [1st Dept 2006]; *Nason v Fisher*, 309 AD2d 526 [1st Dept 2003]). Concur—Friedman, J.P., Freedman, Richter, Feinman and Gische, JJ.